UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COMEAU,<br><br>            Plaintiff,<br><br>    v.<br><br>SIMPLEX GRINNELL LIMITED PARTNERSHIP, et al.,<br><br>            Defendants. | Case No. 15-cv-00337-VC<br><br>**ORDER RE MOTION TO AMEND AND REMAND**<br><br>Re: Dkt. Nos. 15, 16 |

   The unopposed motion to amend the complaint and the unopposed motion to remand are granted.  The case is remanded to Alameda County Superior Court.

   **IT IS SO ORDERED.**

Dated: May 11, 2015

_____
VINCE CHHABRIA
United States District Judge